IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Walter Stock, III, | ) | |
| | ) | |
| Plaintiff, | ) | 23-cv-00064-MRH |
| | ) | |
| ME&I Construction Services USA, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Great Arrow Builders LLC** in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

Babcox & Wilcox Construction Co. LLC, a member of Great Arrow Builders LLC, is a subsidiary of Babcock & Wilcox Enterprises Inc., which is traded on the New York Stock Exchange.

October 6, 2023
　　　　　　　　　　　　　　　　　　　*/s/ Clare M. Gallagher*
　　　　　　　　　　　　　　　　　　　Clare M. Gallagher, PA I.D. # 47178
　　　　　　　　　　　　　　　　　　　Eckert Seamans Cherin & Mellott, LLC
　　　　　　　　　　　　　　　　　　　U.S. Steel Tower
　　　　　　　　　　　　　　　　　　　600 Grant Street, 44th Floor
　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15219
　　　　　　　　　　　　　　　　　　　Email: cgallagher@eckertseamans.com
　　　　　　　　　　　　　　　　　　　Phone: 412-566-6000
　　　　　　　　　　　　　　　　　　　Facsimile: 412-566-6099

## CERTIFICATE OF SERVICE

      I hereby certify that on October 6, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By:    */s/ Clare M. Gallagher*
          Clare M. Gallagher