IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER STOCK, III, <br>      Plaintiff, <br> v. <br> ME&I CONSTRUCTION SERVICES USA, INC., <br>      Defendant. | No. 2:23-cv-00064-MRH |

**PLAINTIFF'S UNOPPOSED MOTION FOR
"PRELIMINARY APPROVAL" OF THE CLASS
ACTION SETTLEMENT AND OTHER RELATED RELIEF**

As reflected in the accompanying Class Action Settlement Agreement ("Agreement"), *see* Doc. 92-1, Plaintiff Walter Stock, III ("Stock") and Defendant ME&I Construction Services USA, Inc. ("ME&I") have agreed to settle this lawsuit on behalf of a 810-member class of individuals who were employed by ME&I as nonexempt construction workers in any workweek from August 24, 2020 through and including July 10, 2022 at the petrochemical facility located in Monaca, PA. The proposed settlement requires ME&I to pay a total of $1,600,000.00. If the Court approves the requested $500,000.00 in attorney's fees/expenses (including the expenses of settlement administration), the reserve fund of $25,000.00[1] for any disputed individual settlement amounts and the requested $7,500.00 service award, then $1,067,500.00 will be paid to the 810 class members.

Under the December 1, 2018 amendments to Federal Rule of Civil Procedure ("Civil Rule") 23, the Court "should direct notice in a reasonable manner" to all class members covered by a proposed settlement if the parties demonstrate that, at the post-notice final approval stage,

---

[1] Any unused portion of the reserve fund will be distributed *pro rata* to participating class members.

the Court "will likely be able to" (i) give final approval of the settlement under the criteria described in Civil Rule 23(e)(2) and (ii) certify the settlement class. *See* Fed. R. Civ. P. 23(e)(1)(B)(i)-(ii). As discussed in the accompanying brief, notice of the instant settlement should be issued to class members (*i.e.* the settlement should be "preliminarily approved") because both of these requirements are satisfied.

First, the Court "will likely be able to" give final approval to the settlement under Civil Rule 23(e)(2) because:

> (A) [Stock] and class counsel have adequately represented the class;
>
> (B) the proposal was negotiated at arm's length;
>
> (C) the relief provided for the class is adequate, taking into account: (i) the costs, risks, and delay of trial and appeal; (ii) the effectiveness of any proposed method of distributing relief to the class, including the method of processing class-member claims; (iii) the terms of any proposed award of attorney's fees, including timing of payment; and (iv) any agreement required to be identified under Rule 23(e)(3); and
>
> (D) the proposal treats class members equitably relative to each other.

Fed. R. Civ. P. 23(e)(2).

Second, the Court "will likely be able to" certify the settlement class because the putative settlement class satisfies Civil Rule 23(a)'s four requirements – numerosity, commonality, typicality, and adequacy of representation and Civil Rule 23(b)(3)'s two additional requirements that common questions of law or fact "predominate over any questions affecting only individual members" and that "a class action is superior to other available methods for the fair and efficient adjudication of the controversy."

Moreover, the proposed notice form and protocols constitute "the best notice that is practicable" under the criteria described in Civil Rule 23(c)(2)(B).

Finally, the undersigned law firms are qualified to be appointed interim class counsel

pursuant to Civil Rule 23(g)(3).

**WHEREFORE**, Stock respectfully asks the Court grant this motion and enter the accompanying proposed order.

Date:  November 6, 2024                    Respectfully submitted,

_R. A. S._
Peter Winebrake (PA 80496)
R. Andrew Santillo (PA 93041)
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone:  (215) 884-2491
Fax:  (215) 884-2492
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com

Timothy Conboy (PA 36495)
Conboy Law, LLC
733 Washington Road, Suite 201
Pittsburgh, PA  15228
Phone:  (412) 343-9060
Fax:  (412) 343-9062
tim@conboylaw.com

*For Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, November 6, 2024, the foregoing was served with the Clerk of Court using the CM/ECF system, which will send notification to all parties.

/s/ R. Andrew Santillo
R. Andrew Santillo