IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER STOCK, III, <br>                           Plaintiff, <br> v. <br> ME&I CONSTRUCTION SERVICES USA, INC., <br>                           Defendant. | No. 2:23-cv-00064-MRH |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF THE SETTLEMENT**

As reflected in the accompanying Class Action Settlement Agreement ("Agreement"), *see* Doc. 95-1, Plaintiff Walter Stock, III ("Stock") and Defendant ME&I Construction Services USA, Inc. ("ME&I") have agreed to settle this lawsuit on behalf of a 810-member class of individuals who worked as hourly employees for ME&I at the petrochemical facility located in Monaca, PA in any workweek from August 24, 2020 through July 10, 2022 (the "Class" or "Class Members").

In November 2024, the Court entered an order "preliminarily" approving the settlement, authorizing the issuance of notice to the Class, and appointing the undersigned to serve as interim class counsel. *See* Doc. 94. The notice process is complete. *See generally* Declaration of Aisha Lange ("Lange Dcl.") (Doc. 95-2). ***None*** of the Class Members have submitted objections to the settlement or sought to be excluded. *Id.* at ¶¶ 9-10.

This matter is now ripe for "final approval" of the settlement. The Court has scheduled a fairness hearing for March 11, 2025, *see* Doc. 94 at ¶ 6, and, in anticipation of the hearing, Stock respectfully asks the Court to enter an order:

- Certifying, pursuant to Federal Rules of Civil Procedure ("Civil Rules") 23(a) and 23(b)(3), a settlement class comprised of the 810 Class Members;

- Approving the settlement of this action as fair, reasonable, and adequate under Civil Rile 23(e)(2);

- Approving the payment of a $7,500.00 service award to Stock;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firm of Winebrake & Santillo, LLC and Conboy Law, LLC to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $500,000.00 to compensate class counsel for reasonable attorney's fees and expenses (including settlement administration expenses).

The above relief is warranted based on, *inter alia*, the accompanying Agreement, the accompanying sworn statements of Aisha Lange, R. Andrew Santillo and Timothy Conboy, and the accompanying Memorandum of Law.

**WHEREFORE**, Stock, on behalf of himself and other Class Members, respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date: February 25, 2025

Respectfully submitted,

/s/ R. Andrew Santillo

Peter Winebrake (PA 80496)
R. Andrew Santillo (PA 93041)
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone: (215) 884-2491
Fax: (215) 884-2492
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com

Timothy Conboy (PA 36495)
Conboy Law, LLC
733 Washington Road, Suite 201
Pittsburgh, PA 15228
Phone: (412) 343-9060
Fax: (412) 343-9062
tim@conboylaw.com

*For Plaintiff and the Putative Class*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, February 25, 2025, the foregoing was served with the Clerk of Court using the CM/ECF system, which will send notification to all parties.

/s/ R. Andrew Santillo
R. Andrew Santillo